476 A.2d 89

Commonwealth v. Parnell, Appellant.

 Submitted February 27, 1984. Alphonse P. LePore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.